JOHN H. GOMEZ (SBN 171485)
*jgomez@gomeztrialattorneys.com*
AHMED S. DIAB (SBN 262319)
*adiab@gomeztrialattorneys.com*
LINDSAY R. STEVENS (SBN 286511)
*lstevens@gomeztrialattorneys.com*
**GOMEZ TRIAL ATTORNEYS**
650 Town Center Drive, Suite 870
Costa Mesa, CA 92626
Telephone: (714) 881-0319
Fax: 619-237-3496

ALEX DAVIS
*alex@jonesward.com*
**JONES WARD PLC**
312 S. Fourth Street, 6th Floor
Louisville, KY 40202
Telephone: (502) 882-6000
Fax: (502) 587-2007
*(Admitted Pro Hac Vice)*
*Attorneys for Plaintiff Sidney Rand*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| SIDNEY RAND,<br><br>Plaintiff,<br><br>v.<br><br>SMITH & NEPHEW, INC.,<br><br>Defendant. | Case No: 2:16-CV-09383<br><br>**DECLARATION OF ALEX C. DAVIS IN SUPPORT OF PLAINTIFF SIDNEY RAND'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>Hearing Date: March 27, 2017<br>Time: 9:00 a.m.<br>Ctrm: 850 |

I, Alex C. Davis, declare the following:

1. I am an attorney at law duly license to practice before the Kentucky Supreme Court, and admitted pro hac vice in the above matter in the U.S. District Court for the Central District of California. I am the senior associate at the law firm of Jones Ward PLC, attorney of record for Plaintiff Sidney Rand. I am familiar with my firm's file pertaining to this matter. If called upon to testify, I could and would competently testify as to the following facts based on my own personal knowledge.

2. A meet and confer Pursuant to Local Rule 7-3 took place with Defendant's counsel via telephone on February 17, 2007, as well as on other dates. The parties were unable to reach a resolution regarding Smith & Nephew's motion to dismiss.

3. Attached and marked as Exhibit A is a true and correct copy of Smith & Nephew's Response in Opposition to Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 at 9 (Feb. 22, 2017, Judicial Panel on Multidistrict Litigation).

4. I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed March 8, 2017, at Louisville, KY.

/s/ Alex C. Davis
ALEX DAVIS

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing of this document.

Dated: March 8, 2017

/s/ Alex C. Davis
ALEX DAVIS