John W. Shaw, Esq., SBN: 82802
jshaw@sksattorneys.com
Litsa Georgantopoulos, Esq., SBN: 238288
lg@sksattorneys.com
SHAW, KOEPKE & SATTER
26626 Hawthorne Boulevard, Suite 320
Torrance, California 90505
Telephone:  (310) 373-4445
Facsimile:   (310) 373-4440

Attorneys for Defendant,
SMITH & NEPHEW, INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| SIDNEY RAND,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH & NEPHEW, INC., a Tennessee Corporation,<br><br>Defendants. | Case No.:  :16-cv-09383-RGK-RAO<br>[Action Filed:  December 20, 2016]<br><br>**DECLARATION OF JOHN W. SHAW IN SUPPORT OF DEFENDANT SMITH & NEPHEW, INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO STAY PROCEEDINGS DUE TO PENDING ORAL ARGUMENT BY U.S. JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**<br><br>Hearing Date:  April 3, 2017<br>Time:              9:00 a.m.<br>Ctrm.:              850 |

I, John W. Shaw, declare

1. I am an attorney at law duly licensed to practice before all of the courts of the State of California and before the United States District Court for the Central District of California. I am a partner in the law firm of Shaw, Koepke & Satter,

1

**DECLARATION OF JOHN W. SHAW IN SUPPORT OF DEFENDANT SMITH & NEPHEW, INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO STAY PROCEEDINGS DUE TO PENDING ORAL ARGUMENT BY U.S. JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

attorneys of record for Smith & Nephew, Inc. ("S&N"). I am familiar with my firm's file pertaining to this matter. If called upon to testify, I could and would competently testify as to the following facts from my own personal knowledge.

2. Attached hereto as Exhibit "A" is a true and correct copy of the order denying Plaintiffs' Motion to Stay in *Terrence Laverty, et al. v. Smith & Nephew, Inc.*, Case No. No. 1:15-CV-09485 (E.D. Ill.) (Mar. 3, 2017) [Docket Entry 44].

I declare under penalty of perjury under the laws of the United States of American and the State of California that the foregoing is true and correct.

Executed March 9 2017, at Los Angeles, California.

          _/s/ John W. Shaw_
          JOHN W. SHAW

**DECLARATION OF JOHN W. SHAW IN SUPPORT OF DEFENDANT SMITH & NEPHEW, INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO STAY PROCEEDINGS DUE TO PENDING ORAL ARGUMENT BY U.S. JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

# CERTIFICATE OF SERVICE
*Rand v. Smith & Nephew, Inc., et al*
*U.S. District Court No. 2:16-cv-09383-RGK-RAO*

I am employed in the aforesaid county; I am over the age of eighteen years and not a party to the within entitled action; my business address is: 23326 Hawthorne Boulevard, Suite 320, Torrance, California 90505.

On March 9, 2017, I served the within **DECLARATION OF JOHN W. SHAW IN SUPPORT OF DEFENDANT SMITH & NEPHEW, INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO STAY PROCEEDINGS DUE TO PENDING ORAL ARGUMENT BY U.S. JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** on the interested parties in said action by placing [X] a true and correct copy or [] the original thereof enclosed in a sealed envelope, and addressed as set forth on the attached Service List and delivered by one or more of the means set forth below:

[X] *[VIA MAIL]* By depositing said envelope with postage thereon fully prepaid in the United States mail at Torrance, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Torrance, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[] *[VIA FACSIMILE]* I caused the above-referenced document(s) to be transmitted to the-named person(s) to the telecopier number(s) set forth on attached Service List.

Executed on March 9, 2017, at Torrance, California.

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/ Maria Nixon
MARIA NIXON

# SERVICE LIST

| Counsel | Representing: |
|---|---|
| John H. Gomez, Esq.<br>Ahmed Diab, Esq.<br>Lindsay Stevens, Esq.<br>GOMEZ TRIAL ATTORNEYS<br>650 Town Center Drive, Suite 870<br>Costa Mesa, CA  92626<br>Tel:  (714) 881-0319 ▪ Fax: (619) 237-3496<br>john@thegomezfirm.com<br>adiab@thegomezfirm.com<br>lstevens@thegomezfirm.com<br><br>Alex Davis, Esq.<br>JONES WARD PLC<br>312 S. Fourth Street, 6th Floor<br>Louisville, KY 40202<br>Tel:  (502) 882-6000 ▪ (502) 587-2007<br>alex@jonesward.com | *Attorneys for Plaintiff, SIDNEY RAND* |

DECLARATION OF JOHN W. SHAW IN SUPPORT OF DEFENDANT SMITH & NEPHEW, INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO STAY PROCEEDINGS DUE TO PENDING ORAL ARGUMENT BY U.S. JUDICIAL PANEL ON MULTIDISTRICT LITIGATION